THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ALBERT F COYLE, Appellant.

Submitted April 12, 1943; decided April 22, 1943.

Motion for reargument denied. (See 289 N. Y. 709.)

In the Matter of the BANK OF THE UNITED STATES, in Liquidation. BAYOU INTERESTS, INC., Appellant. GARCENT CORPORATION et al., Respondents.

Submitted April 21, 1943; decided April 22, 1943.

Motion to amend remittitur denied without costs. (See 290 N. Y. 279.)

LYDIA L. QUERZE, Appellant, *v.* RAOUL QUERZE, Respondent.

Submitted April 19, 1943; decided May 20, 1943.

Motion to amend remittitur denied. (See 290 N. Y. 13.)